**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Eric Chatman, <br><br> Plaintiff <br> v. <br><br> Mirage Hotel & Casino Resort, et al., <br><br> Defendants | Case No. 2:18-cv-01312-JAD-CWH <br><br> **Order Adopting Report and Recommendation and Dismissing and Closing Case** <br><br> [ECF No. 6] |

Pro se plaintiff Eric Chatman brings this civil-rights action against private companies Mirage Hotel & Casino, Chivas Regal Corporation, Circus Circus Hotel & Casino, the Budweiser Company, and the Stratosphere Hotel & Casino seeking millions of damages for injuries he claims he sustained in 2010 or earlier. Because personal-injury claims like this are governed by a two-year statute of limitations, and Chatman filed this action many years after that limitations period ran, Magistrate Judge Hoffman recommends that I dismiss this lawsuit with prejudice as time barred.[1] The deadline for objections to that recommendation was July 25, 2019, and no party has filed an objection to it or moved to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2]

IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation **[ECF No. 6] is ADOPTED** in full;

---

[1] ECF No. 6.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

IT IS FURTHER ORDERED THAT **this case is DISMISSED with prejudice** as time-barred.

The Clerk of Court is directed to ENTER JUDGMENT ACCORDINGLY and CLOSE THIS CASE.

Dated: July 29, 2019

_____
U.S. District Judge Jennifer A. Dorsey